IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fifth Market, Inc., a Tennessee corporation, ) ) ) Plaintiff, ) ) v. ) ) CME Group, Inc., a Delaware corporation, and ) ) ) Chicago Mercantile Exchange, Inc., a Delaware corporation, ) ) ) Defendants. ) | Case No. _____ JURY TRIAL DEMANDED |

**PLAINTIFF FIFTH MARKET, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff, Fifth Market, Inc. discloses that it is not a publicly held corporation.

CROSS & SIMON, LLC

*/s/ Sean T. O'Kelly*
Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
csimon@crosslaw.com
sokelly@crosslaw.com
*Attorneys for Plaintiff Fifth Market, Inc.*

Of Counsel

Michael K. Mutter
Quentin R. ("Rick") Corrie
Michael K. Botts
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747
 (703) 205-8000
 (703) 205-8050 (facsimile)
qrc@bskb.com
mkb@bskb.com
mailroom@bskb.com