**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FIFTH MARKET, INC., a Tennessee corporation, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 1:08-cv-00520-UNA |
| | : | |
| CME GROUP, INC., a Delaware corporation, | : | |
| and CHICAGO MERCANTILE EXCHANGE, | : | |
| INC., a Delaware corporation, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Paul J. Lockwood and Michael A. Barlow of Skadden, Arps, Slate, Meagher &

Flom LLP enter their appearance as attorneys for defendants CME Group Inc. and Chicago

Mercantile Exchange Inc. in the above-entitled action.

DATED:  August 19, 2008

<div style="margin-left:50%">

  /s/ *Paul J. Lockwood*
Paul J. Lockwood (I.D. No. 3369)
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square, P. O. Box 636
Wilmington, Delaware  19899-0636
Tel:    (302) 651-3000
Fax:    (302) 651-3001
E-mail:  Paul.Lockwood@skadden.com
          Michael.Barlow@skadden.com

*Attorneys for Defendants*

</div>

OF COUNSEL:
Jeffery G. Randall
   (*pro hac vice* motion to be submitted)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
Tel:    (650) 470-4500
Fax:    (650) 470-4750