# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIFTH MARKET, INC., a Tennessee corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. No. 1:08-cv-00520-UNA |
| CME GROUP, INC., a Delaware corporation, and CHICAGO MERCANTILE EXCHANGE, INC., a Delaware corporation, | : : : : | |
| Defendants. | : | |

## DEFENDANTS' FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for CME Group Inc. and Chicago Mercantile Exchange Inc. in the above-captioned action certifies that defendant CME Group Inc. does not have a parent corporation. As of June 30, 2008, AllianceBernstein L.P. ("AllianceBernstein") held greater than 10% of CME Group Inc.'s stock. AllianceBernstein is a partnership interest of AllianceBernstein Holding L.P., which is a publicly-held company. AXA Group is a parent organization of AllianceBernstein. Defendant Chicago Mercantile Exchange Inc. is a wholly-owned subsidiary of defendant CME Group Inc.

DATED: August 19, 2008

                                              /s/ Michael A. Barlow
                                             Paul J. Lockwood (I.D. No. 3369)
                                             Michael A. Barlow (I.D. No. 3928)
                                             SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP
                                             One Rodney Square, P. O. Box 636
                                             Wilmington, Delaware  19899-0636
                                             Tel:    (302) 651-3000
                                             Fax:   (302) 651-3001
                                             E-mail: Paul.Lockwood@skadden.com
                                                            Michael.Barlow@skadden.com
                                             ***Attorneys for Defendants***

OF COUNSEL:
Jeffery G. Randall
(*pro hac vice* motion to be submitted)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
Tel:    (650) 470-4500
Fax:    (650) 470-4750