Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FIFTH MARKET, INC.,
a Tennessee corporation,
    Plaintiff,

v.

CME GROUP, INC..,
a Delaware coporation, and
CHICAGO MERCANTILE
EXCHANGE, INC.,
a Delaware corporation
    Defendants.

Civil Action No. 1:08-cv-00520-UNA

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffery G. Randall to represent Defendant CME Group, Inc. and Chicago Mercantile Exchange, Inc. in this matter.

Signed: _____
Michael A. Barlow (ID No. 3928)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
(302)651-3000

Attorney For: Defendant CME Group, Inc. and Chicago Mercantile Exchange, Inc.

Date: August 19, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____
                                 United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
Dated: 8-18-08

525 University Avenue, Suite 1100
Palo Alto, California 94301