AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   8/18/08 @ 9:55 a.m. by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

X  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is SCOTT LASCALA, AUTHORIZED TO ACCEPT FOR CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILM., DE. 19801, R.A. ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  8/18/08

Server's signature
ADAM GOLDEN, SPS

Printed name and title

D. M. Professional Services
5 Orchard Lane
Wilmington, DE 19809

Server's address

# UNITED STATES DISTRICT COURT

District of __Delaware__

**SUMMONS IN A CIVIL CASE**

Fifth Market, Inc., )
a Tennessee corporation, )
                               )
     Plaintiff, )    Case No.   0 8 - 5 2 0
                               )
v. )
                               )    JURY TRIAL DEMANDED
CME Group, Inc., )
a Delaware corporation, and )
                               )
Chicago Mercantile Exchange, Inc., )
a Delaware corporation, )
                               )
     Defendants. )

TO:    CME GROUP, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Christopher P. Simon (#3697)
Sean O'Kelly (#4349)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

__PETER T. DALLEO__                          __8/15/08__
CLERK                                             DATE

__E Strucklin__
(BY) DEPUTY CLERK