# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIFTH MARKET, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 08-0520 GMS |
| CME GROUP INC., CHICAGO MERCANTILE EXCHANGE INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., COMMODITY EXCHANGE, INC., and NEW YORK MERCANTILE EXCHANGE, INC., | ) ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED COUNTERCLAIMS. | ) ) ) |

## NOTICE OF SERVICE

I, Jason P. Nance, hereby certify that on May 16, 2011, a copy of the Invalidity Report of Dr. Craig Pirrong and accompanying exhibits were served on the following counsel of record in the manner indicated below:

### BY EMAIL AND OVERNIGHT FEDEX

Sean T. O'Kelly (No. 4349)
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19801
Email: sokelly@crosslaw.com

### BY OVERNIGHT FEDEX

Michael K. Botts
 (admitted *pro hac vice*)
MICHAEL K. BOTTS, ATTORNEY AT LAW
1629 K. St., N.W., Suite 300
Washington, DC 20006
Email: mkbotts@verizon.net

**BY EMAIL**

Quentin R. ("Rick") Corrie
  (admitted *pro hac vice*)
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, Virginia  22042
Email:  qrc@bskb.com

**BY OVERNIGHT FEDEX**

J. Gregory Whitehair
  (admitted *pro hac vice*)
12364 W. Nevada Place, Suite 305
Lakewood, CO 80228
Email: jgw@whitehairlaw.com

*Attorneys for Plaintiff*

    Respectfully Submitted,

    */s/ Jason P. Nance*
    Paul J. Lockwood (I.D. No. 3369)
    Jason P. Nance (I.D. No. 4894)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    Wilmington, Delaware 19801
    Tel:  (302) 651–3000
    Fax:  (302) 651–3001
    Email:  Paul.Lockwood@skadden.com
          Jason.Nance@skadden.com

                                              Of Counsel:

                                              Timothy Q. Delaney
                                                (admitted *pro hac vice*)
                                             Ralph J. Gabric
                                                (admitted *pro hac vice*)
                                             Jon H. Beaupré
                                                (admitted *pro hac vice*)
                                             Andrea L. Evensen
                                                (admitted *pro hac vice*)
                                             BRINKS HOFER GILSON & LIONE
                                             NBC Tower - Suite 3600
                                             455 N. Cityfront Plaza Drive
                                             Chicago, Illinois 60611
                                             Tel: (312) 321-4200
                                             Fax: (312) 321-4299
                                             Email: tdelaney@brinkshofer.com
                                                        rgabric@brinkshofer.com
                                                        jbeaupre@brinkshofer.com
                                                        aevensen@brinkshofer.com

                                             ***Attorneys for Defendants***

DATED:  May 17, 2011