IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIFTH MARKET, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-520 (GMS) |
| | ) | |
| CME GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Fifth Market, Inc. ("Fifth Market") and Defendants CME Group, Inc., Chicago Mercantile Exchange, Inc., The Board of Trade of the City of Chicago, Inc. d/b/a Chicago Board of Trade, Commodity Exchange, Inc., and New York Mercantile Exchange, Inc. (collectively, "CME Group"), having settled their disputes in this action through a settlement agreement effective as of March 8, 2016, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between the parties in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Fifth Market stipulates that: (i) CME Group does not infringe the two patents that Fifth Market asserted in this case, U.S. Patent Nos. 6,418,419 ("the '419 patent") and 7,024,387 ("the '387 patent"); and (ii) the '419 and '387 patents are presently invalid in their entirety.

O'KELLY, ERNST & BIELLI, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly
901 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
sokelly@oeblegal.com

*Attorneys for Plaintiff Fifth Market, Inc.*

OF COUNSEL:

Michael K. Botts, *pro hac vice*
MICHAEL K. BOTTS,
ATTORNEY AT LAW
1629 K. St., N.W., Suite 300
Washington, DC 20006
(703) 780-1295

J. Gregory Whitehair, *pro hac vice*
THE WHITEHAIR LAW FIRM, LLC
12364 W. Nevada Pl., Suite 305
Lakewood, CO 80228
(303) 908-5762

March 9, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Defendants/Counterclaim-
Plaintiffs CME Group, Inc., et al.*

OF COUNSEL:

Edward J. Naidich
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C. 20001
(202) 408-4000

SO ORDERED this 14th day of _____, 2016.

_____
United States District Judge

9905779

-2-